IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROY LIFE and TANYA CARRASCO,

    Plaintiffs,

v.                                    No. 1:15-cv-00877 SCY/KK

GEICO GENERAL INSURANCE COMPANY,

    Defendant.

## JOINT MOTION TO DISMISS WITH PREJUDICE

COME NOW the Plaintiffs and Defendant, by and through their attorneys of record, The Rios Law Firm and Allen, Shepherd, Lewis & Syra, P.A., and respectfully request this Court enter an Order dismissing all of Plaintiffs' remaining claims against the Defendant with prejudice. As grounds, the parties state that the Plaintiffs and Defendant have resolved their dispute by way of compromise.

WHEREFORE, the parties respectfully request this Court enter an Order dismissing all of Plaintiffs' remaining claims against Defendant with prejudice.

    Electronically Filed,

    RIOS LAW FIRM

     Electronic Approval 3/7/16
    Linda J. Rios, Esq.
    Audrey K. McKee, Esq.
    Brendan O'Reilly, Esq.
    P.O. Box 3398
    Albuquerque, NM  87190-3398
    (505) 232-2298
    linda.rios@lrioslaw.com
    audrey.mckee@lrioslaw.com
    brendan@lrioslaw.com
    *Attorneys for Plaintiffs*

ALLEN, SHEPHERD, LEWIS & SYRA, P.A.

By: ___/s/ *Brant L. Lillywhite*___
     Brant L. Lillywhite
     P.O. Box 94750
     Albuquerque NM 87199-4750
     (505) 341-0110
     blillywhite@allenlawnm.com
     *Attorneys for GEICO*

I HEREBY CERTIFY that on the 18th day of March, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Linda J. Rios / linda.rios@lrioslaw.com
    Brendan O'Reilly / brendan@lrioslaw.com
    *Attorneys for Plaintiff*

_/s/ *Brant L. Lillywhite*_
Brant L. Lillywhite